FILED BY _____ D.C.

05 MAY 11 PM 3: 25

ROBERT R. Di TROLIO
CLERK OF U.S. DIST. CT
W.D. OF TN -JACKSON

# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

DEBRA BELL

**JUDGMENT IN A CIVIL CASE**

v.

COMMISSIONER OF SOCIAL
SECURITY

CASE NUMBER:   04-1297-T

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 05/10/05, the Commissioner's decision to terminate Plaintiff's benefits is REVERSED with instructions to reinstate those benefits.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

ROBERT R. Di TROLIO
CLERK

_____5/11/05_____       BY: _____
DATE                         DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  05-12-05  .

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 1:04-CV-01297 was distributed by fax, mail, or direct printing on May 12, 2005 to the parties listed.

---

Mitchell G. Tollison
TOLLISON LAW FIRM
2821 N. Highland Ave.
Ste. A
Jackson, TN 38305

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT